

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND

May 17, 2005

Ms. Linda Siopy                                 Code: A-3622
Aurora Painting Inc.                            LU #: 41/411
8 North Montour Street
Montoursville, PA 17754

Office of
Gary J. Meyers
und Administrator

202·783·4884
Fax 202·393·6475

ONE VOICE

Representing
Protective and Decorative
Coatings Applicators •
overers • Drywall Finishers
ters • Decorators • Scenic
• Designers • Civil Service
ers • Shipyard Workers •
nance Workers • Building
aners • Metal Polishers
izers • Public Employees •
al Workers • Professional
oyees • Security Guards
fety Engineers • Bridge
s • Riggers • Tank Painters,
e Painters • Containment
rkers • Waterblasters •
cuum Cleaners • Sign
ters • Sign and Display
• Bill Posters • Convention
Show Decorators and
lders • Paint Makers •
ers • Architectural Metal
ss Workers • Sandblasters
d Abatement Workers •
Haying and Decorative
gs Workers • Journeyman
pprentice Commercial,
ial, Highway, Residential
nstruction Workers

IE AGENDA

Jnited Unions
Building
750 New York
Avenue, N.W.,
Suite 501
ashington, DC
20006-5301

nizing Since 1887

Dear Ms. Siopy:

Your company, Aurora Painting Inc. (hereinafter "the Company"), is delinquent in contributions to the International Painters and Allied Trades Industry Pension Fund (hereinafter "the Fund") in principal of $14,470.04, and $683.40 in interest assessed through May 15, 2005 for the period of February 2004 through August 2004, for a total of $15,153.44.

Solely in consideration of the fact that if the Company is required to pay the full delinquency immediately it would endanger the financial stability of the Company, and hence the livelihood and pension credits and benefits of the participating employees, the Trustees of the Fund have agreed to permit you to follow the time payment plan outlined in this Promissory Note.

1.    The total principal amount as set forth above, and interest accruing, amortized at six (6%) percent per annum, must be paid in full no later than April 15, 2006.

2.    The principal and interest shall be paid at the rate of $1,304.20 **(to be overnighted)** per month, for 12 months, payable with each current remittance report submitted hereafter, or in any month in which a remittance report is not submitted, by the 15th of that month, until the entire debt has been paid.

3.    The attached worksheet, marked Exhibit A, and incorporated herein by reference as though fully written herein, sets forth the total principal debt including interest, the required monthly payments, and their respective due dates. The Company agrees that Exhibit A represents the correct amounts owed this Fund.

4.    The Company agrees that current remittance reports for all Union jurisdictions will be filed and contributions paid in the manner and within the time required by the Trustees of this Fund. If any further delinquency occurs from this date forward, either as to the debt previously incurred, or as to current payments, such delinquency will be deemed a breach of this agreement and the entire debt, including any amounts conditionally waived, will be due immediately. In that event, appropriate action may be immediately undertaken by the Trustees of the Fund or the Local Union or District Council involved, in accordance with the terms of the applicable Collective Bargaining Agreement and with the Agreement and Declaration of Trust.

Aurora Painting Inc.
May 17, 2005
Page Two

## Promissory Note

4. For this agreement to take effect and if the Company agrees to these terms, <u>an authorized representative of the Company</u> **must sign the agreement in the presence of a notary and return the original agreement by,** May 30, 2005, **along with one of the following:** (1) a bond in the amount of the note, with the Pension Fund as the sole payee, (2) Assignment of Claims on a current job project, and proof of the assignment, (3) a **signed** personal guarantee, or (4) an irrevocable letter of credit from your bank.

5. The first installment of $1,304.20 must reach the Fund Office no later than, May 30, 2005 along with the current reports and contributions as defined on "Exhibit A."

6. Although the Fund Administrator, Gary J. Meyers, has signed this Promissory Note, the Company understands the terms of the Note are ineffective unless each item referenced in paragraph five is provided to the Fund Office.

Sincerely,

*Gary J. Meyers*

Fund Administrator

The undersigned warrants and represents that he or she is a duly authorized representative of the Company, with full authority to bind the Company to this agreement. The undersigned and the Company agree that the foregoing constitutes a binding agreement between the Fund and the Company.

Signature: *Linda M. Siopy, President*
Authorized Representative

Printed Name of Authorized Representative: *Linda M. Siopy*

Title: *President*

S.S.#: *192484428*

Company Name: *Aurora Painting, Inc.*

Sworn and subscribed to before me on this ___ *19 July* day of, 200 *5*.

*Debra A. Trostle*
NOTARY PUBLIC

My commission expires *10-18-05*.

NOTARIAL SEAL
DEBRA A. TROSTLE, NOTARY PUBLIC
LOYALSOCK TWP., LYCOMING COUNTY
MY COMMISSION EXPIRES OCT. 18, 2008

Aurora Painting Inc.
May 17, 2005
Page Three

## PERSONAL GUARANTEE
### Promissory Note

I, _Linda M. Siopy_, have read and understand the foregoing agreement. In consideration of the consent by the Fund to the agreement, I personally guarantee the payments that the Company has agreed to make, and agree as follows:

1. If the Company fails to comply with the agreement at any time, I will pay all contributions, delinquencies, and amounts specified in the agreement, that the Company owes to the Fund, within ten (10) days after receipt of a written demand for payment by the Fund. Delivery by first class mail to the following address shall be conclusive proof, though not the only means of proving my receipt of a written demand:

The address to which notice should be sent:

_8 North Montour Street_
_Montoursville, PA_
_17754_

2. The Fund may demand payment from me at any time after a failure of compliance by the Company with this agreement, and I waive any defense of un-timeliness or dilatoriness against a demand for payment by the Fund.

3. If I fail to pay on the terms set out here, I shall be liable under the same terms, and to the same extent, as the Company and my liability shall include the contractual and statutory liabilities of the Company.

Signature: _Linda M. Siopy_

Printed Name of Personal Guarantor: _Linda M. Siopy_

Home Address of Personal Guarantor: _20 Green Hollow Road_
_Montoursville, PA 17754_

Home Telephone Number of Personal Guarantor: _570- 433-3583_

Cell Phone Number of Personal Guarantor: _____

Relationship of Personal Guarantor to the Company: _Owner_

Social Security Number of Personal Guarantor: _____

Sworn and subscribed to before me on this _19_ day of _July_, 200_5_.

_Debra A. Trostle_
NOTARY PUBLIC

My commission expires _10-18-08_.

NOTARIAL SEAL
DEBRA A. TROSTLE, NOTARY PUBLIC
LOYALSOCK TWP., LYCOMING COUNTY
MY COMMISSION EXPIRES OCT. 18, 2008

```
PRINCIPAL =        $15153.44
INTEREST RATE =       0.0600
LOAN LIFE =        12 MONTHS

MONTHLY PAYMENT =      $1304.20
```

| NUM | INTEREST | PRIN. PAY | PRIN. BAL. | INT. TO DATE |
|-----|----------|-----------|------------|--------------|
| 1 | $75.76 | $1228.44 | $13925.00 | $75.76 |
| 2 | $69.62 | $1234.58 | $12690.42 | $145.38 |
| 3 | $63.45 | $1240.75 | $11449.67 | $208.83 |
| 4 | $57.25 | $1246.95 | $10202.72 | $266.08 |
| 5 | $51.01 | $1253.19 | $8949.53 | $317.09 |
| 6 | $44.75 | $1259.45 | $7690.08 | $361.84 |
| 7 | $38.45 | $1265.75 | $6424.33 | $400.29 |
| 8 | $32.12 | $1272.08 | $5152.25 | $432.41 |
| 9 | $25.76 | $1278.44 | $3873.81 | $458.17 |
| 10 | $19.36 | $1284.84 | $2588.97 | $477.53 |
| 11 | $12.94 | $1291.26 | $1297.71 | $490.47 |
| 12 | $6.49 | $1297.71 | $0.00 | $496.96 |

AURORA PAINTING INC
8 NORTH MONTOUR STREET
MONTOURSVILLE PA 17754

INTEREST CALCULATIONS AS OF 5/30/05

| AMOUNT DUE | 06.0% DAYS LATE | INTEREST CHARGED | 05.0% DAYS LATE | INTEREST CHARGED | 04.0% DAYS LATE | INTEREST CHARGED | 05.0% DAYS LATE | INTEREST CHARGED | 04.0% DAYS LATE | INTEREST CHARGED | 05.0% DAYS LATE | INTEREST CHARGED | 06.0% DAYS LATE | INTEREST CHARGED | TOTAL INTEREST | TOTAL INTEREST PRINCIPAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,854.76 | | .00 | | .00 | 17 | 3.46 | 91 | 23.12 | 92 | 18.70 | 181 | 45.99 | 60 | 18.30 | $109.57 | $1,964.33 |
| $1,442.34 | | .00 | | .00 | | .00 | 77 | 15.22 | 92 | 14.54 | 181 | 35.76 | 60 | 14.23 | $79.75 | $1,522.09 |
| $1,667.46 | | .00 | | .00 | | .00 | 47 | 19.74 | 92 | 16.81 | 181 | 41.34 | 60 | 16.45 | $85.34 | $1,752.80 |
| $1,101.88 | | .00 | | .00 | | .00 | 16 | 2.41 | 92 | 11.11 | 181 | 27.32 | 60 | 10.87 | $51.71 | $1,153.59 |
| $2,383.87 | | .00 | | .00 | | .00 | | .00 | 78 | 20.38 | 181 | 59.11 | 60 | 23.51 | $103.00 | $2,486.87 |
| $1,549.80 | | .00 | | .00 | | .00 | | .00 | 47 | 7.98 | 181 | 38.43 | 60 | 15.29 | $61.70 | $1,611.50 |
| $1,040.67 | | .00 | | .00 | | .00 | | .00 | 16 | 1.82 | 181 | 25.80 | 60 | 10.27 | $37.89 | $1,078.56 |
| $659.81 | | .00 | | .00 | | .00 | 47 | 4.25 | 92 | 6.65 | 181 | 16.36 | 60 | 6.51 | $33.77 | $693.58 |
| $1,187.05 | | .00 | | .00 | | .00 | 14 | 2.60 | 92 | 11.97 | 181 | 29.43 | 60 | 11.71 | $55.71 | $1,242.76 |
| $899.30 | | .00 | | .00 | | .00 | | .00 | 78 | 7.69 | 181 | 22.30 | 60 | 8.87 | $38.86 | $938.16 |
| $363.40 | | .00 | | .00 | | .00 | | .00 | 47 | 1.87 | 181 | 9.01 | 60 | 3.58 | $14.46 | $377.86 |
| $319.70 | | .00 | | .00 | | .00 | | .00 | 16 | .56 | 181 | 7.93 | 60 | 3.15 | $11.64 | $331.34 |
| 14,470.04 | | $.00 | | $.00 | | $3.46 | | $58.34 | | $120.08 | | $358.78 | | $142.74 | $683.40 | $15,153.44 |