IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 06-00094 (EGS) |
| v. | ) ) |
| AURORA PAINTING, Inc., et al. | ) ) |
| Defendants. | ) |

**MOTION TO EXTEND TIME TO FILE ANSWER**

Plaintiff, by its undersigned counsel, moves for an extension of time for Defendants to file a responsive pleading and in support thereof represents the following:

1. The Complaint in the above captioned action was filed on January 17, 2006.

2. Responsive pleadings are due on or before February 20, 2006.

3. The parties have entered into settlement negotiations in an attempt to resolve this matter without further litigation.

4. The undersigned counsel believes that it would be in the interest of justice and conservation of judicial resources to allow the parties to settle this matter without further litigation.

WHEREFORE, Plaintiff prays this Honorable Court to grant an extension to March 20, 2006 for all Defendants to file a responsive pleading.

        Respectfully submitted,

        JENNINGS SIGMOND, P.C.

    BY:  s/Sanford G. Rosenthal
        SANFORD G. ROSENTHAL Bar No. 48737
        The Penn Mutual Towers, 16th Floor
        510 Walnut Street
        Philadelphia, PA 19106-3683
        (215) 351-0611
        Attorney for the Fund

Dated: February 13, 2006

164664-1

OF COUNSEL:

SHANNA M. CRAMER, ESQUIRE
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0674

Case 1:06-cv-00094-EGS    Document 2    Filed 02/13/2006    Page 3 of 3

164664-1