IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br><br>          Plaintiff,<br>   v.<br><br>AURORA PAINTING, Inc., et al.<br><br>          Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO. 06-00094 (EGS)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON consideration of the Motion to Extend Time to File Answer, IT IS HEREBY ORDERED that an extension to March 20, 2006 is hereby granted to all Defendants.

BY THE COURT:

_____
EMMET G. SULLIVAN               J.
United States District Judge

Dated: _____

Copies of this Default Judgment shall be sent to:

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

John Baker, Esquire
McNees, Wallace & Nurick
1600 University Drive
State College, PA 16801