AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

AURORA PAINTING, INC.
LINDA M. SIOPY

CASE NUMBER   1:06CV00094

CASE  JUDGE: Emmet G. Sullivan

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 01/17/2006

TO: (Name and address of Defendant)

AURORA PAINTING, INC.
8 North Montours Street
Montoursville, PA 17754

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  __twenty (20)__  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     JAN 17 2005
CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**      **DISTRICT OF COLUMBIA**

International Painters and Allied Trades
Industry Pension Fund                    Civil No.: 1:06CV00094

vs

Aurora Painting, Inc., et al.

SERVICE OF PROCESS ON: **Aurora Painting, Inc.**

_GEORGE TELNOCK_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: JAN. 31, 2006 – 1:25 P.M.
Place of Service: 8 N. MONTOURS ST., MONTOURSVILLE PA. 17754
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

_X_ By serving an adult manager or person in charge of defendant's business. Name and title:
LINDA M. SIOPY – PRESIDENT OF Co.

Description of Person Receiving Documents: Male/(Female) Skin Color WHITE
Hair Color BLONDE Age 42 Hgt 5'7" Wgt 135

Undersigned declares under penalty of perjury that the foregoing is true and correct

_George Telnock_     1-31-06
Signature of Server      Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                    215-922-6700