AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

AURORA PAINTING, INC.
LINDA M. SIOPY

CASE NUMBER   1:06CV00094

JUDGE: Emmet G. Sullivan

DECK TYPE: Labor/ERISA (non-employme:

DATE STAMP: 01/17/2006

TO: (Name and address of Defendant)

LINDA M. SIOPY
8 North Montours Street
Montoursville, PA 17754

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JAN 17 2005
CLERK                                         DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**  **DISTRICT OF COLUMBIA**

International Painters and Allied Trades
Industry Pension Fund                   Civil No.: 1:06CV00094

vs

Aurora Painting, Inc., et al.


SERVICE OF PROCESS ON: **Linda M. Siopy**

__GEORGE TELNOCK__, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _JAN. 31, 2006 - 1:25 P.M._
Place of Service: _8 N. MONTOURS ST. MONTOURSVILLE, PA. 17754_
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

_X_ By handing above documents to the defendant personally.

Description of Person Receiving Documents: Male/(Female) Skin Color _WHITE_
                                           Hair Color _BLONDE_ Age _42_ Hgt _5'7"_ Wgt _135_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_George Telnock_        _1-31-06_
Signature of Server      Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106            215-922-6700